IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN D. BOOKER, *et al.*, | No. 4:20-CV-00274 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| MIDOSA USA, LTD., | |
| Defendant. | |

## ORDER

**AND NOW**, this 13th day of April 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Midosa USA, LTD.'s Motion for Partial Summary Judgment (Doc. 44) is **DENIED**.

2. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge